UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-592-M-BM

| | | |
|---|---|---|
| W.M.J.B., a minor, by and through his mother and natural guardian Ran Choi, and RAN CHOI, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF RAN CHOI, INDIVIDUALLY, ONLY** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) the parties stipulate to the dismissal of the claims of Ran Choi, individually, ONLY with each party to bear that party's own costs. The claims of W.M.J.B., a minor, by and through his mother and natural guardian Ran Choi, shall remain pending and shall not be affected by this stipulation.

SO STIPULATED this 18th day of November, 2025.

/s/ *David J. Llewellyn*
David J. Llewellyn
Law Office of David J. Llewellyn
3400 Peachtree Rd., NE, Suite 1603
Atlanta, GA 30326-1107
Telephone: 404-262-3343
Facsimile: 404-445-7752
Email: david@llewellynlawfirm.com
Georgia Bar No. 455150
Special Appearance Attorney for Plaintiffs

1

/s/*Jason M. Burton*

Jason M. Burton
Burton Law Firm, PLLC
P. O. Box 17061
Raleigh, NC  27619
Telephone: (919) 325-6777
Facsimile: (984) 200-9424
Email:  jason@jmburtonlaw.com
NC Bar No. 42721
Local Civil Rule 83.1(d) Attorney for Plaintiffs


/s/*William K. Goldfarb*

William K. Goldfarb
The Law Offices of William K. Goldfarb
P. O. Box 3200
Monroe, NC  28111
Telephone: (704) 296-0055
Facsimile: (704)   296-0053
E-mail: wgoldfarb@wkg-law.com
N.C. State Bar No. 18194
Attorney for Plaintiffs



**W. Ellis Boyle**
United States Attorney


By: /s/*Sharon C. Wilson*

Sharon C. Wilson, AUSA
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4026
Facsimile: (919) 856-4821
Email:  Sharon.Wilson2@usdoj.gov
N.C. State Bar No. 18435
Attorney for Defendant

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day filed and served the attached ***Stipulation of Dismissal of Claims of Plaintiff Ran Choi, Individually, Only*** on all parties via the CM/ECF system and or electronically per the parties' agreement:

Sharon C. Wilson
Assistant United States Attorney
Email: sharon.wilson2@usdoj.gov
Attorney for Defendant

This the 3rd day of December, 2025.

**BURTON LAW FIRM, PLLC**

/s/ Jason M. Burton
Jason M. Burton
Attorney for Plaintiffs
